# Exhibit A

## Schedule of Unpaid IDR Award Determinations

| Account | Dispute ID | Date of Service | Claim Number | Initial Payment Date | Date of Open Negotiations | Date of IDR Initiation | HCPC Code | Payer Grouping | WRITTEN DETERMINATION | Decision Date | Amount Due | Plan Sponsor Name | Plan Name | ERISA PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **362343** | DISP-895040 | 5/7/2022 | 22214E1A6A00 | 7/1/2023 | 7/20/2023 | 9/5/2023 | A0436 | BCBS MO | $32,470.00 | 7/12/2024 | **$15,124.14** | Doctor's Park Surgery | Doctor's Park Surgery Health and Welfare Plan | Yes |
| **362343** | DISP-895039 | 5/7/2022 | 22214E1A6A00 | 7/1/2023 | 7/20/2023 | 9/5/2023 | A0431 | BCBS MO | $29,754.40 | 1/3/2025 | **$7,250.86** | Doctor's Park Surgery | Doctor's Park Surgery Health and Welfare Plan | Yes |
| **365621** | DISP-897662 | 6/23/2022 | 2023147QP0006 | 9/21/2023 | 10/12/2023 | 11/2/2023 | A0431 | BCBS MO | $29,754.40 | 8/21/2025 | **$16,426.80** | Monroe City | N/A | No |
| **375282** | DISP-1275899 | 11/8/2022 | 2023191QL0329 | 2/22/2024 | 3/12/2024 | 4/24/2024 | A0431 | BCBS MO | $29,754.40 | 5/28/2025 | **$16,426.80** | Saint Francis Healthcare System | Saint Francis Healthcare System Health and Welfare Benefit Plans | Yes |
| **423124** | DISP-3085235 | 10/8/2024 | 2024366EQ0003 | 2/20/2025 | 3/23/2025 | 4/25/2025 | A0431 | BCBS MO | $35,601.61 | 6/26/2025 | **$28,503.21** | Canton R-V School District | N/A | No |
| **423694** | DISP-2888916 | 11/14/2024 | 2024346ER7392 | 1/23/2025 | 2/13/2025 | 3/31/2025 | A0431 | BCBS MO | $35,601.61 | 5/9/2025 | **$24,273.15** | ACA Exchange | N/A | No |
| **423694** | DISP-2888917 | 11/14/2024 | 2024346ER7392 | 1/23/2025 | 2/13/2025 | 3/31/2025 | A0436 | BCBS MO | $87,739.98 | 12/3/2025 | **$71,180.96** | ACA Exchange | N/A | No |
| **427170** | DISP-3543829 | 1/12/2025 | 2025016EJ1056 | 4/24/2025 | 5/15/2025 | 7/1/2025 | A0436 | BCBS MO | $40,458.58 | 8/6/2025 | **$33,058.31** | Carevet Holdings LLC | CareVet Holdings, LLC Welfare Benefit Plan | Yes |
| **427170** | DISP-3543828 | 1/12/2025 | 2025016EJ1056 | 4/24/2025 | 5/15/2025 | 7/1/2025 | A0431 | BCBS MO | $36,733.40 | 8/6/2025 | **$25,404.94** | Carevet Holdings LLC | CareVet Holdings, LLC Welfare Benefit Plan | Yes |
| **427675** | DISP-3125173 | 1/20/2025 | 2025022BV9972 | 2/20/2025 | 3/19/2025 | 5/1/2025 | A0436 | BCBS MO | $40,458.58 | 6/13/2025 | **$37,563.92** | The Hanor Company of Wisconsin, LLC | The Hanor Company Wrap Plan | Yes |
| **431234** | DISP-4132354 | 3/22/2025 | 2025170DJ6533 | 7/17/2025 | 8/7/2025 | 9/22/2025 | A0431 | BCBS MO | $36,733.40 | 10/24/2025 | **$25,404.94** | Unknown | Unknown | Unknown |
| **433345** | DISP-4023418 | 4/24/2025 | 2025127BU1520 | 7/3/2025 | 7/24/2025 | 9/8/2025 | A0431 | BCBS MO | $36,733.40 | 9/29/2025 | **$22,896.03** | CO-MO Electric Cooperative, Inc. | CO-MO Electric Cooperative, Inc. Health and Welfare Plan | Yes |
| **435431** | DISP-4553372 | 5/28/2025 | 2025154DU1197 | 9/11/2025 | 10/2/2025 | 11/18/2025 | A0436 | BCBS MO | $5,942.82 | 12/16/2025 | **$4,914.52** | Unknown | Unknown | Unknown |
| **440873** | DISP-4553781 | 8/24/2025 | 2025240BT2119 | 9/11/2025 | 10/2/2025 | 11/18/2025 | A0436 | BCBS MO | $5,942.82 | 12/23/2025 | **$4,638.79** | TKM Group, LLC | TKM Group, LLC Health and Welfare Plan | Yes |
| | | | | | | | | | | | **$333,067.37** | | | |